1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   Phillip W. Dunn,                    )              1:08-cv-00873-NVW
                                         )
12                 Plaintiff,            )
                                         )
13   v.                                  )              ORDER
                                         )
14                                       )
     Matthew Cate, et. al.,              )
15                                       )
                   Defendants.           )
16                                       )
     _____)

17

18          Defendants filed an answer to Plaintiff's First Amended Complaint on February 3,

19   2010. (Doc. # 33.)  Therefore, they may not be defaulted.

20          IT IS THEREFORE ordered that Plaintiff's Application for Default Judgment (doc.

21   # 36) is denied.

22          DATED this 22nd day of February, 2010.

23

24

25   _____
                          Neil V. Wake
26                        United States District Judge

27

28

                                            -1-